Armen R. Vartian (Cal. Bar No. 155766)
LAW OFFICES OF ARMEN R. VARTIAN
1601 N.Sepulveda Blvd. #581
Manhattan Beach, CA 90266
310-372-1355
866-427-3820 fax
armen@vartianlaw.com
Attorney for Counterclaim Defendant DHRCC LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| COLLECTORS UNIVERSE, INC. )<br>          Plaintiff, )<br>     v. )<br> )<br>DUANE C. BLAKE, )<br>          Defendant. ) | Case No.: 8:14−cv−00333−AG−DFM<br><br>**NOTICE OF MOTION AND MOTION BY COUNTERCLAIM DEFENDANT DHRCC LLC TO DISMISS COUNTERCLAIM** |
| DUANE C. BLAKE, )<br>          Counterclaimant, )<br>     v. )<br>COLLECTORS UNIVERSE, INC., )<br>PROFESSIONAL COIN GRADING )<br>SERVICE, LONG BEACH COIN, )<br>CURRENCY, STAMP & SPORTS )<br>COLLECTIBLE EXPO, and DAVID )<br>HALL RARE COIN COMPANY, )<br>          Counterclaim Defendants. ) | Date:  September 15, 2014<br>Time:  10:00 a.m.<br>Judge: Hon. Andrew J. Guilford, Courtroom 10D |

TO:   THE COURT
      ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on September 15, 2014 at 10:100 am, or as soon thereafter as counsel may be heard, Counter Defendant DHRCC LLC, sued herein

Notice of Motion and Motion by DHRCC LLC to Dismiss Counterclaim- 1

1  as David Hall Rare Coin Company, shall move this Court in Room 10D, U.S.
2  Courthouse, 411 West Fourth Street, Santa Ana, California for an Order dismissing
3  the Complaint in this action under Fed. R. Civ. P. 12(b)(6), based upon the
4  accompanying memorandum of law and such other evidence as the Court may
5  admit.
6  This Motion is made by leave of the Court granted June 30, 2014.

DATED: August 15, 2014

                                      s/Armen R. Vartian
                                      Armen R. Vartian
                                      Attorney for Counterclaim Defendant
                                      DHRCC LLC