Armen R. Vartian (Cal. Bar No. 155766)
LAW OFFICES OF ARMEN R. VARTIAN
1601 N.Sepulveda Blvd. #581
Manhattan Beach, CA 90266
310-372-1355
866-427-3820 fax
armen@vartianlaw.com
Attorney for Counterclaim Defendant Expos Unlimited LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| COLLECTORS UNIVERSE, INC. ) | |
|     Plaintiff, ) | Case No.: 8:14−cv−00333−AG−DFM |
|     v. ) | |
| ) | **NOTICE OF MOTION AND MOTION BY COUNTERCLAIM DEFENDANT EXPOS UNLIMITED LLC TO DISMISS COUNTERCLAIM** |
| DUANE C. BLAKE, ) | |
|     Defendant. ) | |
| DUANE C. BLAKE, ) | |
|     Counterclaimant, ) | Date: September 15, 2014 |
|     v. ) | Time: 10:00 a.m. |
| COLLECTORS UNIVERSE, INC., ) | Judge: Hon. Andrew J. Guilford, Courtroom 10D |
| PROFESSIONAL COIN GRADING SERVICE, LONG BEACH COIN, ) | |
| CURRENCY, STAMP & SPORTS ) | |
| COLLECTIBLE EXPO, and DAVID ) | |
| HALL RARE COIN COMPANY, ) | |
|     Counterclaim Defendants. ) | |

TO:   THE COURT
        ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on September 15, 2014 at 10:100 am, or as soon thereafter as counsel may be heard, Counter Defendant Expos Unlimited LLC,

Notice of Motion and Motion by Expos Unlimited LLC to Dismiss Counterclaim- 1

sued herein as Long Beach Coin, Currency, Stamp & Sports Collectible Expo, shall move this Court in Room 10D, U.S. Courthouse, 411 West Fourth Street, Santa Ana, California for an Order dismissing the Complaint in this action under Fed. R. Civ. P. 12(b)(6), based upon the accompanying memorandum of law and such other evidence as the Court may admit.

This Motion is made by leave of the Court granted June 30, 2014.

DATED: August 15, 2014

    _s/Armen R. Vartian_____
Armen R. Vartian
Attorney for Counterclaim Defendant Expos Unlimited LLC