Armen R. Vartian (Cal. Bar No. 155766)
LAW OFFICES OF ARMEN R. VARTIAN
1601 N.Sepulveda Blvd. #581
Manhattan Beach, CA 90266
310-372-1355
866-427-3820 fax
armen@vartianlaw.com
Attorney for Counterclaim Defendants
Collectors Universe, Inc. and Professional Coin Grading Service

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| COLLECTORS UNIVERSE, INC. | |
| Plaintiff, | Case No.: 8:14−cv−00333−AG−DFM |
| v. | |
| DUANE C. BLAKE, | **NOTICE OF MOTION AND MOTION BY COUNTERCLAIM DEFENDANTS COLLECTORS UNIVERSE, INC. AND PROFESSIONAL COIN GRADING SERVICE TO DISMISS COUNTERCLAIM** |
| Defendant. | |
| DUANE C. BLAKE, | |
| Counterclaimant, | |
| v. | Date: September 15, 2014 |
| COLLECTORS UNIVERSE, INC., PROFESSIONAL COIN GRADING SERVICE, LONG BEACH COIN, CURRENCY, STAMP & SPORTS COLLECTIBLE EXPO, and DAVID HALL RARE COIN COMPANY, | Time: 10:00 a.m. Judge: Hon. Andrew J. Guilford, Courtroom 10D |
| Counterclaim Defendants. | |

TO: THE COURT
ALL COUNSEL OF RECORD

Notice of Motion and Motion by Collectors Universe, Inc. and PCGS to Dismiss Counterclaim− 1

PLEASE TAKE NOTICE that on September 15, 2014 at 10:100 am, or as soon thereafter as counsel may be heard, Counterclaim Defendants Collectors Universe, Inc. and Professional Coin Grading Service shall move this Court in Room 10D, U.S. Courthouse, 411 West Fourth Street, Santa Ana, California for an Order dismissing the Complaint in this action under Fed. R. Civ. P. 12(b)(6), based upon the accompanying memorandum of law and such other evidence as the Court may admit.

This Motion is made by leave of the Court granted June 30, 2014.

DATED: August 15, 2014

                                               s/Armen R. Vartian_____
                                               Armen R. Vartian
                                               Attorney for Counterclaim Defendants
                                               Collectors Universe, Inc. and Professional
                                               Coin Grading Service