1  BUCHALTER NEMER
   A Professional Corporation
2  MICHAEL L. MEEKS (SBN: 172000)
   18400 Von Karman Avenue, Suite 800
3  Irvine, CA 92612-0514
   Telephone: (949) 760-1121
4  Fax: (949) 720-0182
   Email: mmeeks@buchalter.com
5
   Armen R. Vartian (SBN: 155766)
6  LAW OFFICES OF ARMEN R. VARTIAN
   1601 N. Sepulveda Blvd. #581
7  Manhattan Beach, CA 90266
   Telephone: 310-372-1355
8  Email: armen@vartianlaw.com

9
   Attorneys for Plaintiff and Counterclaim Defendants
10 COLLECTORS UNIVERSE, INC., PROFESSIONAL COIN
   GRADING SERVICE, EXPOS UNLIMITED, LLC, and
11 DHRCC, INC.

12
13                    **UNITED STATES DISTRICT COURT**

14                    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 15 COLLECTORS UNIVERSE, INC.,          | Case No. 8:14-cv-00333-AG-DFM |
| 16          Plaintiff,                  | Judge:   Andrew J. Guilford |
| 17   vs.                                | **JUDGMENT** |
| 18 DUANE C. BLAKE,                      |  |
| 19          Defendant.                  |  |
| 20 DUANE C. BLAKE,,                     | Date: January 12, 2015<br>Time: 10:00 a.m.<br>Place: Crtrm 10D |
| 21          Counterclaimant,            |  |
| 22   vs.                                |  |
| 23 COLLECTORS UNIVERSE, INC., PROFESSIONAL COIN GRADING SERVICE, EXPOS UNLIMITED, LLC, and DHRCC, INC., | |
| 24 | |
| 25          Counterclaim Defendants.    |  |

26
27
28

On January 12, 2014, plaintiff and counterdefendants Collectors Universe, Inc., Professional Coin Grading Service, Expos Unlimited, LLC, and DHRCC, Inc.'s (collectively "PCGS") Motion for Summary Judgment or, Alternatively, Partial Summary Judgment came on for hearing. The Court having considered all of the evidence and arguments of counsel hereby GRANTS JUDGMENT as follows:

1.  On the Complaint, the Court grants judgment in favor of plaintiff Collectors Universe, Inc. and against defendant Duane C. Blake adjudging that Claims 1, 3 and 4 of Patent No. 8,661,889 are invalid and cannot be enforced in any manner.

2.  On the Amended Counterclaim, the Court grants judgment in favor of counterclaim defendants Collectors Universe, Inc., Professional Coin Grading Service, Expos Unlimited, LLC, and DHRCC, Inc. and against counterclaimant Duane C. Blake adjudging that Claims 1, 3 and 4 of Patent No. 8,661,889 are invalid and cannot be enforced in any manner. Further adjudging that there can be no infringement in light of the Court's judgment invalidating Claims 1, 3 and 4.

3.  The Court further adjudges that Plaintiff and counterdefendants Collectors Universe, Inc., Professional Coin Grading Service, Expos Unlimited, LLC, and DHRCC, Inc. are entitled to their costs.

4.  The Court does not, at this time, make any ruling concerning the right to attorney's fees to the prevailing parties who are Collectors Universe, Inc., Professional Coin Grading Service, Expos Unlimited, LLC, and DHRCC, Inc. If they believe they have a right to attorney's fees, a further motion is required.

DATED: February 6, 2015

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE